C/O for Legal Records

BP-A0148
JUNE 10

# INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Case Manager Mr Sproul | DATE: 1/22/2020 |
| FROM: Charles B. Parke | REGISTER NO. 10211-046 |
| WORK ASSIGNMENT: Medical Care #4 | UNIT: K04-009 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. Why does the Institution or Warden have you waste all the time and paperwork, have my Supervised Release Officer OK all of the Release to just deny it anyways? Who is the RRM's Office and I Need their Reason for denial after all the paperwork was completed? This is quite a waste to not submitt my paperwork the first time then consume all these Offices Critical (Valuable) time, let alone Inmates Families & Inmate thinking they are going home not once but twice for me. I would also like you to Resubmitt my Plan because you even said, "This was wrong." And send me a BP-9 to file to the Warden agian to Sir with the answer from RRM to file against. Thank you Respectfully

Charles B Parke
CHARLES BERNARD PARKE

(Do not write below this line)

DISPOSITION:

Your denial for home confinement was 12/30/2020, per RRM's decision.

| | |
|---|---|
| Signature Staff Member | Date 1/26/2021 |

Record Copy - File; Copy - Inmate

PDF Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER **SECTION 6**

Obtain Records

: A0148
HSLC 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Case Manager Mr. Sproul | DATE: 10/27/2020 |
|---|---|
| FROM: Charles B. Parke | REGISTER NO. 10211-046 |
| WORK ASSIGNMENT: Medical Care | UNIT: K 04-009 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir, I know you said, "to be patient conserning my Home Confinement that the Commite would contact me but I haven't heard nothing so I was thinking I should touch bases with you on it? If maybe you heard something? I appreciate your time Sir. Thank You

Respectfully,
Charles B. Parke
Charles Bernhard Parke

(Do not write below this line)

DISPOSITION:

Waiting to hear back from probation. Once that is complete, your home confinement packet can continue to be routed here at the institution.

| Signature Staff Member | Date 10/28/2020 |
|---|---|

Record Copy - File; Copy - Inmate

PDF Prescribed by N551/

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER **SECTION 6**

# MALE PATTERN RISK SCORING

| Register Number: | 10211-046 | Date: | 9/23/2020 |
|---|---|---|---|
| Inmate Name: | PARKE | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | 7 | 0 | 4 |
| 51-60 | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | 0 | 0 | 0 |
| No | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | 0 | 0 | 0 |
| No | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | 24 | 0 | 12 |
| 7 - 9 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | 0 | 0 | 0 |
| None | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | 0 | 0 | 0 |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | -4 | 0 | -2 |
| HS Degree / GED | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | -9 | 0 | -3 |
| No Need | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months) | 0 | 0 | 3 | 0 | 3 |
| > 2 | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months) | 0 | 0 | 6 | 0 | 6 |
| > 2 | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| 12+ months or no incidents | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| 12+ months or no incidents | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse | NO | 0 | 0 | 0 | 0 |
| NO | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | -4 | 0 | -2 |
| 2 - 3 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | -2 | 0 | -2 |
| >1 Program | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | 21 | Violent: | 16 |
| General/Violent Risk Levels | | General: | Low | Violent: | Low |
| OVERALL MALE PATTERN RISK LEVEL | | Low | | | |

TRMGH 606.00 * MALE CUSTODY CLASSIFICATION FORM * 08-30-2020
PAGE 001 OF 001 14:29:36

(A) IDENTIFYING DATA

REG NO..: 10211-046 FORM DATE: 04-15-2020 ORG: TRM
NAME....: PARKE, CHARLES BERNARD
MGTV: NONE
PUB SFTY: NONE MVED:

(B) BASE SCORING

DETAINER: (0) NONE SEVERITY.......: (1) LOW MOD
MOS REL.: 88 CRIM HIST SCORE: (06) 8 POINTS
ESCAPES.: (0) NONE VIOLENCE.......: (5) < 5 YRS MINOR
VOL SURR: (0) N/A AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75% PROG PARTICIPAT: (0) POOR
LIVING SKILLS...: (1) AVERAGE TYPE DISCIP RPT: (2A) 1 HIGH
FREQ DISCIP RPT.: (3) NONE FAMILY/COMMUN..: (4) GOOD

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|---|---|---|---|---|---|---|---|
| +14 | +14 | 0 | +14 | LOW | N/A | IN | SAME |

G0005 TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

BP-A0548
JUN 10

# HOME CONFINEMENT AND COMMUNITY CONTROL AGREEMENT

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

I, PARKE, CHARLES BERNARD (Name), 10211-046 (Register Number),

hereby agree to abide by the following Conditions related to my legal participa tion on home confinement.

I understand that my participation on home confinement will be an alternative t o placement in a Community Corrections Center for no more than the last six (6) months or 10% of my sentence, whicheve r is less. I am aware that I will legally remain in the custody of the Bureau of Prisons and/or the U.S. Attorney General and that failure to remain at the required locations may result in disciplinary action and/or prosecution for escape.

I agree to report to my assigned probation officer or the contractor's facility immediately upon reaching my release destination.

I understand that if I decline to participate in the recommended home confineme nt program I may face administrative reassignment out of the community corrections program.

I agree that during the home confinement period, I will remain at my place of r esidence, except for employment, unless I am given permission to do otherwise. I also understand that I will be required to pay the costs of the program based on my ability to pay.

I also agree to maintain a telephone at my place of residence without "call for warding", a modem, "Caller ID" or portable cordless telephones for this period.

I also agree that, if my confinement is to be electronically monitored, I will wear any electronic monitoring device required, following procedures specified and will not have "call forwarding" on my teleph one.

| Inmate's Name | Date |
|---|---|
| PARKE, CHARLES BERNARD [signature] | 10/05/2020 |
| **Staff Witness (Printed Name and Signature)** | **Facility** |
| Z. Sproul [signature] | TERMINAL ISLAND FCI |

PDF

Prescribed by P7320

C/O for Legal Records

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Case Management: MS. Niel A-Unit | DATE: 4/28/2020 |
|---|---|
| FROM: Charles B. Parke | REGISTER NO.: 10211-046 |
| WORK ASSIGNMENT: Medical | UNIT: K-Unit |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Ma'am I sent You to Cop Outs Requesting conformation for Emergency Relea Inmate Request to Home Confinement, Cares Act HR 748 Also sent to Mr. Sprow And Mr Skrolls even handed A.W. Prilo A copy and cannot get an answer from None of Ya's? May I get an answer from you please you said, "You do Not Sugar Coat Nothing." I appreciate your time in this Crisis Thank You Ma'am

Respectfully
Charles B Parke
Charles Bernard Parke
"All Rights Reserved"

(Do not write below this line)

DISPOSITION:

you will be addressed when deemed necessary and upon eligibility. please be patient

| Signature Staff Member | Date |
|---|---|
| [signature] | [signature] |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 01572974

Dept. of Justice / Federal Bureau of Prisons Team Date: 11-20-2020

Plan is for inmate: PARKE, CHARLES BERNARD 10211-046

| | | | |
|---|---|---|---|
| Facility: | TRM TERMINAL ISLAND FCI | Proj. Rel. Date: | 08-16-2027 |
| Name: | PARKE, CHARLES BERNARD | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 10211-046 | DNA Status: | RCH01883 / 11-27-2009 |
| Age: | 52 | | |
| Date of Birth: | 04-25-1968 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TRM | A&O COMP | A&O COMPLETE | 01-13-2020 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TRM | ESL HAS | ENGLISH PROFICIENT | 12-02-2009 |
| TRM | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-02-2009 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SPG CAD | C | COMMERCIAL DRIVERS LICENSE ACE | 02-12-2018 | 02-22-2018 |
| SPG CAD | C | INTERLIBRARY LOAN CLASS | 03-09-2017 | 03-10-2017 |
| SPG CAD | C | RPP#2 VOC TRNG AUTO ENGINE | 12-18-2015 | 09-30-2016 |
| SPG CAD | C | RPP#2 ADV SMALL GAS ENGINE | 12-22-2015 | 09-29-2016 |
| SPG CAD | C | VT-SMALL ENGINE REPAIR | 12-03-2015 | 02-18-2016 |
| SPG CAD | C | BEGINNING PINOCHLE | 11-09-2015 | 12-30-2015 |
| SPG CAD | C | REENTRY SEMINAR TOPIC VARIES | 09-16-2015 | 09-16-2015 |
| RCH MS | C | JOB FAIR INFORMATION | 10-29-2014 | 10-29-2014 |
| RCH MS | C | BEADING | 01-09-2010 | 03-09-2010 |
| RCH CAD | C | PG CHARIS | 02-12-2010 | 02-15-2010 |
| RCH CAD | W | TYPING III - 9:30AM | 01-14-2010 | 02-11-2010 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 09-08-2010 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 04-01-2015 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 05-18-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 04-26-2018 |
| NO F/S | NO FOOD SERVICE WORK | 04-26-2018 |
| NO PAPER | NO PAPER MEDICAL RECORD | 06-01-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-22-2018 |
| SOFT SHOES | SOFT SHOES ONLY | 04-26-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 08-03-2015 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-10-2011 |

**FRP Details**

| Most Recent Payment Plan |
|---|



**Individualized Needs Plan - Program Review (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: PARKE, CHARLES BERNARD 10211-046

SEQUENCE: 01572974

Team Date: 11-20-2020

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 12-07-2010**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Payment Details**

Trust Fund Deposits - Past 6 months: $338.00 Payments commensurate ? N/A

New Payment Plan: ** No data **

## Progress since last review

Since last team inmate Parke has not been able to program since March 27th, when all institutional program stopped, due to the COVID-19 pandemic lockdown.

Risk Pattern: LOW RISK RECIDIVISM LEVEL

Currently A&O COMPLETE.

The unit team recommends that you enroll in some form of vocational training class and ACE classes by next team.

FRP is completed.

## Next Program Review Goals

Once institutional programming resumes... Continue to participate in institutional programs.

The unit team recommends to enroll in at least one self help session through the PSYCHOLOGY or RELIGOUS SERVICES departments as needed.

Enroll in and complete at least two ACE class and any two of the RPP core courses that are offered during this period; RPP C1-C6, by next team 05/2021.

Continue to maintain clear conduct with no Incident Reports (IR) throughout your next team.

## Long Term Goals

Continue to participate in at least one self help session through the PSYCHOLOGY or RELIGOUS SERVICES departments as needed through the next eighteen (18) months.

Enroll in and complete at least one ACE class, any two RPP core courses (C1-C6) that are offered during this period; and a vocational course that interest you by next team 11/2021.

Continue to maintain clear conduct with no Incident Reports (IR) through the next eighteen (18) months.

## RRC/HC Placement

No.
null.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

I/M stated Social Security card and birth certificate are maintained in a safe location at home and declined to submit for filing in the Central File.

RRC/2nd Chance Act review closer to release.

Inmate is currently being reviewed for home confinement (HC) under the CARES ACT.

July 8, 2020

Central Office,

I send this single copy of this Administrative Request for Remedy for Compassionate Release and/or Inmate Request for Release to Emergency Home-Confinement, Cares Act HR 748 because Inmate confined to housing unit's Lock-down with NO access to South Yard Education Building printer that would usually be Normal for Inmates to make copies for BOP's Administrative Remedy Procedures or filing to the Court's.

I ask that Central Office look on the BOPs' Computer database for the previous filed Administrative Remedies to Warden Ponce 3/29/2020 the Bureau of Prisons Regional Office 4/9/2020 and 6/5/2020 by Mr. Parke for Requested Relief that seems to be gitting passed over for Remedy?

I also ask that Central Office take into consideration the New Memorandum's from Chief Executive Officers Andre Matevousian Acting Ass. Director Correctional Programs Division, Hugh J. Hurwitz Ass. Director Reentry Service Division 4/22/2020 and June 2020. Subject; Home-Confinement that has apparently been Revised twice sence Mr. Parke has been filing. Captain Hacker, Terminal Island California stated 7/1/2020 Town Hall K-unit Building that the Memorandum has been Revised again. I would also like to bring to light/attention United States v. Fischman, 4:16-cr-00246-HSG that was from here at Terminal Island that was given Compassionate Release. I do appreciate your time in this matter in my behalf. Thank You for your time also.

Sincerely & Respectfully

Charles B. Parke

Charles Bernard Parke

**Response to Inmate Request to Staff**

PARKE, CHARLES BERNARD
Reg. No. 10211-046

This is in response to your request for compassionate release based on concerns about your medical circumstances. After careful consideration, your request is denied.

A thorough review of your request was completed. Utilizing Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582(c)(1)(A) and 4205(g), dated January 17, 2019, it has been determined that you are not eligible for a compassionate release, "Request Based on Medical Circumstances, Debilitated Medical Condition." While your medical records show you have a medical condition, further evaluation indicates you are independent with all activities of daily living (ADLs) and instrumental ADLs. In addition, you are independently mobile and are capable of carrying on self-care.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

Felicia Ponce, Warden

8/12/2020
Date