United States District
Court Helena Montana,

    I send this motion to be filed in the Honorable Court Pro se. Informa pauperis as the defendant has been in the court since 2008-09. The defendant has also served on the Prosecution/Prosecutors Office for the United States of America the same motion as is requested when filing to the Honorable Court.

    I file this under penalty & perjury to the best of my knowledge by my signature. Rule 1746

Respectfully
*Charles B. Parker*
Charles Bernard Parker
"All Rights Reserved"

2/17/2021   1:45PM
date         time