https://www.postguam.com/news/local/million-dollar-meth-dealer-freed-from-federal-prison/article_7ccb8fc8-022f-1

# Million-dollar meth dealer freed from federal prison

DAILY POST STAFF
SEP 30, 2020



**COURT:** The District Court of Guam in Hagåtña is photographed on June 28. Meth dealer Herman Quidachay was ordered released from federal prison under a federal judge's order Tuesday. Post file photo
DAVID R. CASTRO

After spending less than 24 months in federal prison, Herman Quidachay will be released from prison and allowed to return to Guam to serve 36 months of supervised release and home confinement.

A Navy veteran, Quidachay, in October 2018, was given a nearly six-year sentence for distributing up to $1.5 million worth of methamphetamine on Guam. He was held in a fede prison in Danbury, Connecticut.

In April, a class action lawsuit was filed on behalf of the inmates at Federal Correction Institute Danbury, alleging that officials were violating the inmates' Eighth Amendment rig by failing to adequately protect them from dangers posed by COVID-19. The facility was on of three identified in the U.S. that had significant levels of infection from COVID-19 and the Bureau of Prisons was directed to immediately maximize appropriate transfers to home confinement.

Quidachay was deemed ineligible for home confinement in August because the Bureau of Prisons did not have a contract with a mental health provider on Guam.

In an order issued Tuesday, District Court Chief Judge Frances Tydingco-Gatewood granted Quidachay's request for release after finding it "extraordinarily unfair" that the defendant would be forced to remain in a situation that puts him at heightened risk of contracting COVID-19 – when he is otherwise suitable for home confinement – simply due to the BOP's lack of any contracted mental health treatment provider on Guam.

"The manifest injustice resulting from this situation, and the BOP's inability to provide appropriate health care under the home confinement conditions," the judge stated, constitution "an extraordinary and compelling reason warranting a reduction in defendant's sentence and a transfer to home confinement."

Quidachay's sentence of imprisonment was reduced to time served and he was given a special term of supervised release of 36 months with home detention and local monitoring.

 Gmail                Cathy Jacobson <cturpin944@gmail.com>

---

**Fwd: TI article in the LA TIMES**
1 message

**Cathy Jacobson** <cturpin944@gmail.com>            Tue, Jan 19, 2021 at 5:46 PM
To: cathy turpin <cturpin944@gmail.com>

———— Forwarded message ————
From: **Cathy Jacobson** <cturpin944@gmail.com>
Date: Sat, Jan 16, 2021 at 1:06 PM
Subject: TI article in the LA TIMES
To: Adam Krolikowski <Adam@usethelaw.com>

By RICHARD WINTON STAFF WRITER    JAN. 13, 2021 3.16 PM

A new report from the Department of Justice's Office of the Inspector General paints
a dire picture of problems that exacerbated a deadly coronavirus outbreak last year
at Terminal Island federal prison.

The report, released Wednesday, found that officials at the low-security prison in San
Pedro struggled to keep inmates socially distanced and did not adequately
quarantine those who tested positive for the virus, which ultimately infected more
than 70% of the prison population and killed 10 inmates.

Investigators found that the prison failed to identify the virus early in many of those
who eventually died and that five of the 10 "did not receive a COVID-19 test until
after staff sent them to the hospital."

Terminal Island officials told the inspector general's investigators that three of those
five inmates did not initially show COVID-19 symptoms and that staff sent the other
two inmates to the hospital the same day that prison officials identified their
symptoms. Terminal Island's outbreak remains the third-deadliest in the massive
federal prison system. Eight of those who died had preexisting medical conditions,
and six were older than 65.