```
REGISTER NO: 10211-046 NAME..: PARKE, CHARLES BERNARD
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-04-2021

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3233756 - SANCTIONED INCIDENT DATE/TIME: 03-14-2019 1116
DHO HEARING DATE/TIME: 04-25-2019 0915
FACL/CHAIRPERSON.....: SPG/C. MOWERY
APPEAL CASE NUMBER(S): 977159
REPORT REMARKS.......: THE INMATE ADMITTED GUILTY TO THE CHARGE OF 203
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SM1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P   DISALLOW 14 DAYS OF GOOD CONDUCT TIME
        DS         / 7 DAYS / CS
                FROM: 04-25-2019  THRU: 05-01-2019
        COMP:     LAW:    7 DAYS OF DISCIPLINARY SEGREGATION
        LP COMM    / 60 DAYS / CS
                FROM: 04-25-2019  THRU: 06-23-2019
        COMP:     LAW:   60 DAYS LOSS OF COMMISSARY
        LP MPLAYER / 60 DAYS / CS
                FROM: 04-25-2019  THRU: 06-23-2019
        COMP:     LAW:   60 DAYS LOSS OF MPLAYER (MP3)
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3111885 - SANCTIONED INCIDENT DATE/TIME: 04-12-2018 0906
DHO HEARING DATE/TIME: 04-24-2018 0915          DHO REPT DEL: 04-30-2018 1120
FACL/CHAIRPERSON.....: SPG/G. CREWS
APPEAL CASE NUMBER(S): 939663
REPORT REMARKS.......: THE GREATER WEIGHT OF THE EVIDENCE DOES SUPPORT THE
                       CHARGE AS WRITTEN
   226  POSSESSING STOLEN PROPERTY - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P   DISALLOW 14 DAYS OF GOOD CONDUCT TIME
        LP COMM    / 60 DAYS / CS
        COMP:     LAW:   60 DAYS LOSS OF COMMISSARY
        LP MPLAYER / 60 DAYS / CS
        COMP:     LAW:   60 DAYS LOSS OF MPLAYER
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2847837 - SANCTIONED INCIDENT DATE/TIME: 05-05-2016 1625
DHO HEARING DATE/TIME: 05-24-2016 0830          DHO REPT DEL: 06-03-2016 1600
FACL/CHAIRPERSON.....: SPG/K. NIKES
APPEAL CASE NUMBER(S): 865620
REPORT REMARKS.......: INMATE ADMITTED TO STEALING ITEMS FROM THE DINING HALL
   219  STEALING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS GCT
        LP COMM    / 30 DAYS / CS
        COMP:     LAW:   30 DAYS LOSS OF COMMISSARY
        LP EMAIL   / 30 DAYS / CS
        COMP:     LAW:   30 DAYS LOSS OF EMAIL


G0002       MORE PAGES TO FOLLOW . . .
```

```
 SETGB                         INMATE DISCIPLINE DATA                       *
PAGE 002 OF 002 *        CHRONOLOGICAL DISCIPLINARY RECORD        *    13:57:42

REGISTER NO: 10211-046 NAME..: PARKE, CHARLES BERNARD
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-04-2021
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2685053 - SANCTIONED  INCIDENT DATE/TIME: 02-20-2015 1230
UDC HEARING DATE/TIME: 02-26-2015 1300
FACL/UDC/CHAIRPERSON.: RCH/MED/SURG/CANSINO
REPORT REMARKS.......: INMATE DID NOT MAKE A STATEMENT REGARDING THE CHARGE BUT
                       HAD A QUESTION AS TO WHO COULD WRITE THE IR
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        CONFISCATE  / CS
          COMP:    LAW:   CONFISCATE EXCESS PROPERTY.  INMATE WILL DISPOSE
                          OR PAY TO MAIL HOME EXCESS PROPERTY.
        LP COMM     / 30 DAYS / CS
          COMP:    LAW:   LOSS OF COMMISSARY THRU MARCH 28, 2015




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```