Charles B. Parke (#10211-046)
FCI TERMINAL ISLAND
Federal Correctional Institution
P.O. Box 3007
San Pedro, CA 90733

JUN 08 2021
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, | Case: CR 08-24-BU-BMM |
|---|---|
| v. | NOTICE OF BOP REPORT |
| CHARLES B. PARKE, Defendant. | Judge: Hon. BRIAN MORRIS (CHIEF DISTRICT JUDGE) |

Enclosed is a report I recieved from the BOP on June 2, 2021 by hand-delivery from prison staff. It is signed by "M. Rios, Regional Director" and dated May 20, 2021. It confirms my COVID-19 "medical-based" risk factors, and shows that even the BOP Regional office does not consider me a danger and recommends home confinement.

However, despite this recommendation (and the prior two Health Services (BoP) recommendations I've highlighted in my Reply, I remain here at Terminal Island. Despite any further developments I maintain my request for Compassionate Release/Sentence Reduction for the reasons I've argued and the BOP's consistent unreliability on this issue and Terminal Island's continued neglect and unwillingness to prioritize my life and health needs. The failure, in light of multiple recommendations for home confinement increases the significance of my requested grounds for relief despite any further action by Terminal Island, if any.

DATED: June 2, 2021

x.
CHARLES B. PACKE