1068300-R1
FCI Terminal Island

This is in response to your Regional Administrative Remedy Appeal received in this office on April 6, 2021, wherein you request re-consideration for Home Confinement under the CARES Act.

In addition to the institution's assessment of your criteria for Home Confinement under CARES Act, we also reviewed your medical condition in the context of COVID-19, and found you meet the medical-based criteria. Thus, because you were deemed at risk of serious illness from COVID-19 we support the decision to recommend you for Home Confinement under the CARES Act at this time. Therefore, your Unit Team is currently working on the Home Confinement referral to the respective Residential Reentry Office in the area of your release. Please coordinate with your Unit Team to ascertain the status/date of your Home Confinement referral.

This response is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C., 20534. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

_5/20/21_
Date

_____
M. Rios, Regional Director