CHARLES B. PARKE (#10291-046)
FEDERAL CORRECTIONAL INSTITUTION
TERMINAL ISLAND
P.O. BOX 3007
SAN PEDRO, CA 90733

JUL 15 2021

Clerk, U.S. Courts
District of Montana
Missoula Division

---

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case: CR 08-24-BU-BMM |
| v. | NOTICE RE: TERMINAL ISLAND AND REQUEST FOR CONFIRMATION |
| CHARLES B. PARKE, Defendant. | (VERIFIED) |

On July 10, 2021 at approximately 1:00 p.m., Terminal Island staff (Lt. Callwile) informed us of a new COVID-19 outbreak here at Terminal Island — in my housing unit (K-unit), and we are once again on lockdown. I am informing the court as this fact seems relevant to the court's pending consideration of my motion for Compassionate

①

Release.

Also, based on these developments I do not have any access to the law library to make copies, to commissary to order more paper (not available for the last 6 weeks or more) and have no access to the phone to obtain help checking the docket. I should also add, all medical, sick call, doctor visits - are also suspended - again. Therefore, I respectfully request confirmation from the court clerk that this notice is recieved/filed and also that my pending Compassionate Release motion has been submitted for decision.

Thank-you!

Date: July 10, 2021          x Charles B. Parke
                               CHARLES B. PARKE, pro se

VERIFICATION

I also declare under penalty of perjury and the laws of the state of California that the forgoing statements are true and correct.  x Charles B. Parke

CHARLES B. PARKE, SAN PEDRO, CA